No. D–418.   IN RE DISBARMENT OF ANDERSON.   It is ordered that Floyd Witherspoon Anderson, of Washington, D. C., be sus-

pended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.